Travis J. Tom (SBN 198711)
Antony Chen (SBN 245861)
**CHANG & COTÉ, LLP**
19138 Walnut Drive, Suite 100
Rowland Heights, CA 91748
Telephone: (626) 854-2112
Facsimile: (626) 854-2120
Email: ttom@changcote.com

Attorneys for Defendants,
IMP INTERNATIONAL, INC. dba UNICHEM ENTERPRISES and CHENTAO HANG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAVID JI,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC CHEMICAL INTERNATIONAL, INC.; IMP INTERNATIONAL, INC. dba UNICHEM ENTERPRISES, CHENTAO HANG<br>   aka TONY HANG<br>   aka STEVEN HANG<br>   aka TONY HUANG; and DOES 1 through 50,<br><br>Defendants. | CASE CV-14-7203 MWF PJWx<br><br>Honorable Michael W. Fitzgerald<br>Courtroom 1600<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:      2/22/2016<br>Current Response Date: 3/18/2016<br>New Response Date:    4/18/2016 |

1

1  Plaintiff, UNITED STATES OF AMERICA ex rel. DAVID JI, and
2  Defendants, IMP INTERNATIONAL, INC. dba UNICHEM ENTERPRISES and
3  CHENTAO HANG, stipulate and agree that IMP INTERNATIONAL, INC. dba
4  UNICHEM ENTERPRISES and CHENTAO HANG shall have up to and including
5  April 18, 2016 to respond to the Complaint. Pursuant to Local Rule 8-3, this
6  stipulation does not require Court approval because it does not extend by more than
7  30 days the time to respond that otherwise would be applicable.

Dated: March 2, 2016

LAW OFFICES OF MICHAEL S. MAGNUSON

By: _____
Michael S. Magnuson
Attorneys for Plaintiff,
UNITED STATES OF
AMERICA ex rel. DAVID JI

Dated: March 2, 2016

CHANG & COTÉ
A Limited Liability Partnership

By: _____
Travis J. Tom
Attorneys for Defendants,
IMP INTERNATIONAL, INC.
dba UNICHEM ENTERPRISES
and CHENTAO HANG