UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-7203-MWF(PJWx)**                                    Dated: **July 25, 2016**

Title:    United States of America *ex rel.* David Ji -v- Pacific Chemical International, Inc., et al.

---

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Rita Sanchez | Lisa Gonzalez |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Molly S. Magnuson

John Ly
Jason T. Liang
Paul D. Murphy
Taylor Steele

**PROCEEDINGS:**        **MOTION TO DISMISS CASE [36]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-                                  : 22 min