JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAVID JI,<br><br>        Plaintiffs,<br><br>vs.<br><br>IMP INTERNATIONAL, INC. dba UNICHEM ENTERPRISES, and TONY HANG,<br><br>        Defendants. | **CASE NO. CV 14-7203-MWF (PJWx)**<br><br>The Hon. Michael W. Fitzgerald, United States District Judge<br><br>**JUDGMENT AFTER TRIAL** |

    This action came on regularly for jury trial between April 30, 2019, and May 10, 2019, in Courtroom 5A of this United States District Court. Plaintiff David Ji was represented by Michael S. Magnuson, Esq. and Molly J. Magnuson, Esq. of the Law Offices of Michael S. Magnuson. Defendant IMP International, Inc. ("Unichem") was represented by Jason L. Liang, Esq. and John K. Ly, Esq. of

Liang Ly LLP. Defendant Chentao ("Tony") Hang was represented by Paul D. Murphy, Esq. and Daniel N. Csillag, Esq. of Murphy Rosen LLP.

A jury of eight persons was regularly empaneled and sworn. One juror was excused with the consent of the parties. Witnesses were sworn and testified and exhibits were admitted into evidence. After hearing the evidence and arguments of counsel, the seven-person jury was duly instructed by the Court and the cause was submitted to the jury. The jury deliberated and thereafter returned a special verdict as follows:

**First Claim**

1. As to the claim for violations of the False Claims Act, has Plaintiff David Ji proven his claim against Defendant Unichem?

Yes ____        No  X

*Please answer Question 2.*

2. As to the claim for violations of the False Claims Act, has Plaintiff David Ji proven his claim against Defendant Tony Hang?

Yes ____        No  X

*Please answer Question 3.*

**Second Claim**

3. As to the claim for conspiracy to violate the False Claims Act, has Plaintiff David Ji proven his claim against Defendant Unichem?

Yes ____        No  X

*Please answer Question 4.*

4. As to the claim for conspiracy to violate the False Claims Act, has Plaintiff David Ji proven his claim against Defendant Tony Hang?

Yes \_\_\_\_    No  X

*If you answered "Yes" to any of Questions 1, 2, 3, or 4, then please answer Question 5. If you answered "No" to all of Questions 1, 2, 3, and 4, then please sign and date this form and return it to the Courtroom Deputy Clerk.*

**Damages**

5. Has Plaintiff David Ji proven damages?

Yes \_\_\_\_    No \_\_\_\_

*If you answered "Yes" to Question 5, then please answer Question 6. If you answered "No" to Question 5, then please sign and date this form and return it to the Courtroom Deputy Clerk.*

6. What is the amount of damages?

$_____

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure**, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. As to Plaintiff's first claim for relief for violations of the False Claims Act: Judgment is entered in favor of Defendants Unichem and Tony Hang and against Plaintiff David Ji. Plaintiff David Ji shall take nothing on his first claim.

2. As to Plaintiff's second claim for conspiracy to violate the False Claims Act: Judgment is entered in favor of Defendants Unichem and Tony Hang and against Plaintiff David Ji. Plaintiff David Ji shall take nothing on his second claim.

3. Defendants Unichem and Tony Hang are awarded their costs as provided by law.

Dated: May 31, 2019.

_____
MICHAEL W. FITZGERALD
United States District Judge